WOODMAN V KERA, LLC, No. 137347. The application for leave to appeal is granted, limited to the issue whether the parental preinjury liability waiver was valid and enforceable. In all other respects, leave to appeal is denied, because we are not persuaded that the remaining questions presented should be reviewed by this Court. The application for leave to appeal as cross-appellant is also denied, because we are not persuaded that the question presented should be reviewed by this Court.

Persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae. Reported below: 280 Mich App 125.